IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| CHARLES L. TUNGETT and Wife, <br> MEGAN E. CALDWELL, <br><br> Plaintiffs, <br><br> v. <br><br> ALFRED V. PAPIERSKI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:05-CV-289 <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, defendant's motion to dismiss [doc. 4] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge